**Gary SIMON, Plaintiff–Respondent,**

v.

**Sharon Marie JACKSON, Defendant–Appellant.**

No. 70552.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 4, 1997.

Rehearing Denied March 20, 1997.

Newman, Goldfarb, Freyman, Stevens & Klein, P.C., John E. Toma, Jr., Mayer S. Klein, St. Louis, for Defendant–Appellant.

Klutho, Cody & Kilo, P.C., John A. Kilo, Brian D. Klar, St. Louis, for Plaintiff–Respondent.

Before CRAHAN, P.J., and GRIMM and HOFF, JJ.

*ORDER*

PER CURIAM.

Sharon Marie Jackson appeals the trial court's denial of her motion to set aside a default judgment. The trial court found, pursuant to Rule 74.05(d), that Ms. Jackson failed to show good cause for setting aside a default judgment entered against her and in favor of the Plaintiff in the amount of one hundred thousand dollars ($100,000) on a personal injury suit. We find the trial court did not abuse its discretion.